IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.          CR NO: 2:22-CR-00099-JAM

**RODRIGO MORAN-CHAVEZ**

    Defendant.

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒ Ad Prosequendum   ☐ Ad Testificandum

| | | |
|---|---|---|
| Name of Detainee: | Rodrigo Moran-Chavez | |
| Detained at | California City Correctional Facility | |
| Detainee is: | a.) | ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint charging detainee with: Illegal re-entry, in violation of 8 U.S.C. § 1326. |
| or | b.) | ☐ a witness not otherwise available by ordinary process of the Court |
| Detainee will: | a.) | ☐ return to the custody of detaining facility upon termination of proceedings |
| or | b.) | ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility |

*Appearance is necessary FORTHWITH in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ Elliot C. Wong |
| Printed Name & Phone No: | Elliot C. Wong, 916-554-2764 |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum   ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as any Federal Agent for this district, is hereby ORDERED to produce the named detainee **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: May 27, 2022

/s/ JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒ Male ☐ Female | |
| Booking or CDC #: | BG0543 | DOB: | 11/07/1991 |
| Facility Address: | California City Correctional Facility, 22844 Virginia Blvd., California City, CA | Race: | WHITE |
| Facility Phone: | 760-246-7600 | FBI#: | 865542HD3 |
| Currently Incarcerated For: | PC 211; PC 2180 H&S 11364(a); PC 3056 | | |

## RETURN OF SERVICE

Executed on: _____   _____
                                      (signature)