PHILLIP A. TALBERT
United States Attorney
ELLIOT WONG
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RODRIGO MORAN-CHAVEZ,<br><br>Defendant. | CASE NO. 2:22-CR-00099-JAM<br><br>**STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER**<br><br>DATE: June 6, 2023<br>TIME: 9:00 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and defendant Rodrigo Moran-Chavez, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status hearing on June 6, 2023.

2. By this stipulation, the defendant now moves to continue the hearing until **July 11, 2023, at 09:00 a.m.**, to convert the status hearing to a change of plea hearing, and to exclude time between June 6, 2023, and July 11, 2023, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government provided initial discovery and a fast-track plea offer to defendant on or about February 3, 2023. Defendant rejected the government's fast-track plea offer and intends to enter an open guilty plea without the benefit of a plea agreement. Counsel for the defendant needs time to review and analyze this discovery, discuss proposed resolutions with her client, explore potential defenses, and otherwise prepare for trial.

b) Counsel for the defendant believes that failure to grant the above-requested continuance would unreasonably deny her client continuity of counsel.

c) Counsel for the defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 6, 2023, to July 11, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: May 30, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ ELLIOT C. WONG
ELLIOT C. WONG
Assistant United States Attorney

Dated: May 30, 2023

/s/ MEGHAN McLOUGHLIN
MEGHAN McLOUGHLIN
Counsel for Defendant
RODRIGO MORAN-CHAVEZ

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated: June 01, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE